Núms. 9015 y 9016.—Pueblo, apldo. v. Mojica, aplte.—C. D. San Juan. Marzo 27, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vistos conjuntamente los recursos números 9015 y 9016 interpuestos por el apelante, el primero contra la sentencia de $15 de multa que le fuera impuesta por un delito de alteración de la paz y el segundo contra la sentencia a un mes de cárcel por el delito de portar armas.

Por cuanto, el primer señalamiento de error al efecto de que dichas sentencias son contrarias a la prueba carece de méritos, pues examinada la evidencia presentada por ambas partes, la aducida por El Pueblo de Puerto Rico, a la cual dió entero crédito la corte inferior, es a nuestro juicio suficiente para sostener ambas sentencias;

Por cuanto, la alegación que hace el apelante de que las dos sentencias recurridas son contrarias a derecho por haber sido dictadas fuera de término carece igualmente de fundamento, pues del récord aparece que al terminarse la vista de ambos casos el Juez hizo constar que no iba a resolver dichos casos en aquel momento y que lo dejaría para el próximo martes a las nueve de la mañana, preguntando expresamente al abogado defensor si tenía algún inconveniente, a lo que contestó dicho abogado en la forma siguiente: "Con mucho gusto, señor Juez, y comparecerá el acusado", todo lo cual equivale a una renuncia expresa y clara por parte del acusado de su derecho a que dichas sentencias fuesen dictadas dentro del término fijado por el artículo 29 del Código de Enjuiciamiento Criminal;

Por tanto, se declaran sin lugar ambos recursos y se confirman las sentencias recurridas dictadas ambas por la Corte de Distrito de San Juan con fecha 10 de diciembre de 1940.